**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:09-cv-7-WHB-LRA**

**KYLIE WEATHERSBY**                                                                 **DEFENDANT**

## **FINAL JUDGMENT**

In accordance with the July 14, 2009, Opinion and Order that granted the Motion of Plaintiff for Default Judgment, and the Default Judgment that was entered in favor of Plaintiff on that same date, this case is hereby dismissed with prejudice.

SO ORDERED this the 16th day of July, 2009.

                                                      s/William H. Barbour, Jr.
                                                      UNITED STATES DISTRICT JUDGE